IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. Case 1:21-cv-02672-STV

JENNIFER L. COOPER, EUGENE DIXON, FRANCIS J. CIZMAR, ANNA PENNALA, KATHLEEN DAAVETTILA, CYNTHIA BRUNELL, KARYN CHOPJIAN, AND ABBIE HELMINEN, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiffs,

v.

US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,

Defendants.

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Rodney Smolla hereby enters his appearance on behalf of Defendants, US Dominion, Inc., Dominion Voting Systems, Inc. and Dominion Voting Systems Corporation in this case. Please note that counsel should be included on all pleadings, notices and orders filed with the Court in this case.

Dated November 3, 2021
s/ *Rodney Smolla*
Rodney Smolla
4601 Concord Pike
Wilmington, Delaware 19803
(864) 373-3882 (cell)
rodsmolla@gmail.com
Attorney for US Dominion, Inc., Dominion Voting Systems, Inc. and Dominion Voting Systems Corporation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this November 3, 2021, a true and correct copy of the foregoing ENTRY OF APPEARANCE was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/ *Rodney Smolla*
Rodney Smolla