IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JENNIFER L. COOPER, EUGENE DIXON, FRANCIS J. CIZMAR, ANNA PENNALA, KATHLEEN DAAVETTILA, CYNTHIA BRUNELL, KARYN CHOPJIAN, AND ABBIE HELMINEN, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>v.<br><br>US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    Defendants. | CAUSE NO. 1:21-CV-02672-STV<br><br>JURY TRIAL DEMANDED |

**STIPULATED MOTION FOR EXTENSION OF DEADLINES**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiffs Jennifer L. Cooper, Eugene Dixon, Fancis J. Cizmar, Anna Pennala, Kathleen Daavettila, Cynthia Brunell, Karyn Chopjian, and Abbie Heminen (collectively, "Plaintiffs") and Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation (collectively, "Defendants") (collectively, with Plaintiffs, the "Parties") hereby jointly move and respectfully request that the Court extend and reset certain deadlines in this lawsuit, as follows:

1. Defendants shall file their responsive pleading to Plaintiffs' Complaint, or a motion in lieu thereof, no later than December 13, 2021.

2. Plaintiffs' response to any such motion filed by Defendants shall be filed no later than January 12, 2022.

3. Defendants' reply in support of any such motion shall be filed no later than January 26, 2022.

The deadlines in this Stipulated Motion are separate and apart from any deadlines that will be submitted by the Parties in their Joint Proposed Scheduling Order, pursuant to D.C. COLO. LCIVR 16.2, which is due to be filed on or before November 23, 2021 [*see* Dkt. 8].

This Stipulated Motion for Extension of Deadlines is not sought for purposes of delay but so that justice may be served.

November 10, 2021                                                                              Respectfully submitted,

<div style="display: flex;">

*/s/ Douglas A. Daniels*
Robert A. McGuire, III
Colorado Reg. No. 37134
ram@lawram.com
ROBERT MCGUIRE LAW FIRM
1624 Market St. Suite 226 No. 86685
Denver, Colorado 80202-2523
(720) 420-1395 (Telephone)
(253) 267-8530 (Facsimile)
Douglas A. Daniels
Texas State Bar No. 00793579
doug.daniels@dtlawyers.com
Heath A. Novosad
Texas State Bar No. 24037199
heath.novosad@dtlawyers.com
J. Christopher Diamond
Texas State Bar No. 00792459
chris.diamond@dtlawyers.com
DANIELS & TREDENNICK PLLC
6363 Woodway Drive, Suite 700
Houston, Texas 77057
(713) 917-0024 (Telephone)
(713) 917-0026 (Facsimile)

Kurt B. Olsen*
DC Bar No. 445279
ko@olsenlawpc.com
OLSEN LAW, P.C.
1250 Connecticut Avenue, NW, Suite 700
Washington, D.C. 20036

*/s/ s/ David B. Meschke*
David B. Meschke
dmeschke@bhfs.com
Stanley Garnett
sgarnett@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street Suite 2200 Denver, CO 80202-4432
Phone: 303.223.1100
Email: dmeschke@bhfs.com

***Attorneys for US Dominion, Inc., Dominion Voting Systems, Inc. and Dominion Voting Systems Corporation***

</div>

(202) 408-7025 (Telephone)
(202) 261-3508 (Facsimile)

*Admission Application Pending

*Counsel for Plaintiffs*

Alan Dershowitz
Massachusetts Bar No. 121200
1575 Massachusetts Avenue
Cambridge, Massachusetts 02138

*Of Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

     I hereby attest that the foregoing Stipulated Motion for Extension of Deadlines was filed via the Court's CM/ECF System and was, thereby, served on all parties at the time of filing.

                      */s/ Douglas A. Daniels*
                      Douglas A. Daniels