**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| JENNIFER L. COOPER, et al., ) | |
| ) | |
| Plaintiffs, ) | CAUSE NO. 1:21-cv-02672 |
| ) | |
| v. ) | |
| ) | |
| US DOMINION, INC., et al., ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' RESPONSE TO SHOW CAUSE ORDER**

Plaintiffs Jennifer L. Cooper, Eugene Dixon, Francis J. Cizmar, Anna Pennala, Kathleen Daavettila, Cynthia Brunell, Karyn Chopjian and Abbie Helminen (collectively, "Plaintiffs") respond to the Court's November 29, 2021 Show Cause Order (the "Order") (Dkt. No. 21) and would respectfully show as follows.

At all times relevant to this proceeding, Plaintiffs were citizens of Michigan who were domiciled in Michigan. Contemporaneously with this filing, Plaintiffs have filed a Motion for Leave to File First Amended Class Action Complaint, which attaches Plaintiffs' proposed First Amended Class Action Complaint – marked-up in accordance D.C.COLO.LCivR 15.1(a) – as an exhibit thereto (Dkt. No. 24-1) (the "Proposed Amended Complaint") that addresses the pleading issues raised in the Order.[1] Additionally, each Plaintiff has submitted an affidavit stating that (s)he was a citizen of the State of Michigan while volunteering with the 2020 General Election, when (s)he received Defendants' threatening letter and when the Original Class Action Complaint was filed.[2] Accordingly, because Plaintiffs are all citizens of Michigan and Defendants are citizens of

---

[1] *See* Proposed Amended Complaint, ¶¶ 16, 19, 21, 22, 24, 26-28.

[2] *See* Exhibits A-H attached hereto and incorporated by reference as if fully set forth herein.

Delaware, Colorado, the District of Columbia and Ontario, Canada,[3] minimal diversity exists because at least eight members of the proposed "class of plaintiffs [are] citizen[s] of a State different from any defendant." 28 U.S.C. § 1332(d)(2)(A).

In addition to subject matter jurisdiction pursuant to 28 U.S.C. § 1332(d)(2)(A), this Court also has subject matter jurisdiction over the action pursuant to 28 U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § 1343 (jurisdiction over civil rights actions) because the Complaint asserts claims against Defendants brought under 18 U.S.C. § 1962 and 42 U.S.C. § 1983.[4]

Dated: December 6, 2021

Respectfully submitted,

/s/ Douglas A. Daniels
Douglas A. Daniels
Texas State Bar No. 00793579
doug.daniels@dtlawyers.com
Heath A. Novosad
Texas State Bar No. 24037199
heath.novosad@dtlawyers.com
J. Christopher Diamond
Texas State Bar No. 00792459
chris.diamond@dtlawyers.com
DANIELS & TREDENNICK PLLC
6363 Woodway Drive, Suite 700
Houston, Texas 77057
(713) 917-0024 (Telephone)
(713) 917-0026 (Facsimile)

---

[3] *Compare* Proposed Amended Complaint, ¶¶ 16, 19, 21, 22, 24, 26-28 *with* Proposed Amended Complaint ¶¶ 30-33.

[4] *See* Proposed Amended Complaint, ¶ 13.  While the federal question jurisdictional allegation was not explicitly pled under the "Jurisdiction and Venue" section heading of the Original Complaint, Plaintiffs did allege causes of action under 18 U.S.C. § 1962 and 42 U.S.C. § 1983 in the Original Complaint.  *See* Class Action Complaint (Dkt. No. 1), at ¶¶ 95-114 and Prayer for Relief.  Plaintiffs noted their assertion of federal question and civil rights jurisdiction in the joint proposed Scheduling Order filed on November 23, 2021 (Dkt. No. 20), at 2.

        Robert A. McGuire, III
        Colorado Reg. No. 37134
        ram@lawram.com
        ROBERT MCGUIRE LAW FIRM
        1624 Market St. Suite 226 No. 86685
        Denver, Colorado 80202-2523
        (720) 420-1395 (Telephone)
        (253) 267-8530 (Facsimile)

        Kurt B. Olsen*
        DC Bar No. 445279
        ko@olsenlawpc.com
        OLSEN LAW, P.C.
        1250 Connecticut Avenue, NW, Suite 700
        Washington, D.C. 20036
        (202) 408-7025 (Telephone)
        (202) 261-3508 (Facsimile)

        *Admission Application Pending

        *Counsel for Plaintiffs*

        Alan Dershowitz
        Massachusetts Bar No. 121200
        1575 Massachusetts Avenue
        Cambridge, Massachusetts 02138

        *Of Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby attest that the foregoing was filed via the Court's CM/ ECF System and was, thereby, served on all parties at the time of filing.

        */s/ Douglas A. Daniels*
        Douglas A. Daniels