IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. Case 1:21-cv-02672-STV

JENNIFER L. COOPER, EUGENE DIXON, FRANCIS J. CIZMAR, ANNA PENNALA,
KATHLEEN DAAVETTILA, CYNTHIA BRUNELL, KARYN CHOPJIAN, AND ABBIE
HELMINEN, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

        Plaintiffs,

v.

US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING
SYSTEMS CORPORATION,

        Defendants.

---

## DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATION FOR MOTION TO DISMISS

---

Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation (collectively, "Defendants"), by and through their undersigned counsel, Brownstein Hyatt Farber Schreck, LLP, respectfully request to exceed the page limitation for its Motion to Dismiss, and in support states as follows:

1.      Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel has conferred with counsel for Plaintiffs.  Plaintiffs do not oppose the relief requested herein so long as they are afforded the same number of pages for their Response in Opposition to the Motion to Dismiss.

2.      The Complaint was filed on September 30, 2021.  [Dkt. 1].

3.      On November 10, 2021, the parties filed a Stipulated Motion for Extension of Deadlines.  [Dkt. 2].

4.      The Court granted the stipulated motion on November 15, 2021, and extended the deadline for Defendants to file their responsive pleading to December 13, 2021.  [Dkt. 15].

5.      Pursuant to this Court's practice standards, all motions shall not exceed fifteen (15) pages.

6.      Due to the length, complexity, and number of legal issues presented in the Complaint, Defendants request fifteen (15) additional pages to fully address the deficiencies Defendants have identified with the Complaint that Defendants believe are not correctable.

7.      Specifically, the Complaint is 73 pages long and contains four causes of action, including constitutional claims and a claim under the Racketeer Influenced and Corrupt Organization Act ("RICO"), 18 U.S.C. § 1962.  Defendants need additional pages to: (1) address each element of these claims that Defendants contend were not sufficiently alleged; and (2) articulate why Plaintiffs claims are not justiciable on both ripeness and concreteness grounds. For example, Defendants will be contesting each element of Plaintiffs' RICO claim, which requires considerable explanation.  In drafting the Motion to Dismiss, Defendants have realized that they cannot fully address the aforementioned flaws in the Complaint without these additional pages.

8.      Moreover, rather than file three separate Motions to Dismiss, Defendants intend to file one joint Motion.

9.      This request is made in good faith and is based on a genuine need for the additional pages, and it will neither unduly delay the proceedings nor prejudice any party to this action.

10.      Defendants do not object to providing the same additional fifteen (15) pages to

Plaintiffs for their Response in Opposition to the Motion to Dismiss.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court grant this Motion and order they may exceed the page limitation for their Motion to Dismiss by fifteen (15) pages for a total of thirty (30) pages, and providing Plaintiffs the same for their Response.

Dated: December 9, 2021                              BROWNSTEIN HYATT FARBER SCHRECK, LLP

                                                     By: s/ *Stanley L. Garnett*
                                                         Stanley L. Garnett, Bar No. 12282
                                                         David B. Meschke, Bar No. 47728
                                                         Bridget C. DuPey, Bar No. 53958

                                                     Attorneys for Defendants

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 9th day of December, 2021, I electronically filed a true and correct copy of **DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATION FOR MOTION TO DISMISS** with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s Stanley L. Garnett* _____
Stanley L. Garnett