IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02672-PAB-STV

JENNIFER L. COOPER,
EUGENE DIXON,
FRANCIS J. CIZMAR,
ANNA PENNALA,
KATHLEEN DAAVETTILA,
CYNTHIA BRUNELL,
KARYN CHOPJIAN, and
ABBIE HELMINEN, individually and on behalf of all others similarly situated,

 Plaintiffs,

v.

US DOMINION, INC.,
DOMINION VOTING SYSTEMS, INC., and
DOMINION VOTING SYSTEMS CORPORATION,

 Defendants.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

 This matter is before the Court on Plaintiffs' Response to Show Cause Order [Docket No. 25] and Plaintiffs' Motion for Leave to File First Amended Class Action Complaint [Docket No. 24]. Although plaintiffs did not plead federal-question jurisdiction in their complaint, *see* Docket No. 1 at 11, ¶ 13; *see also* Fed. R. Civ. P. 8(a)(1) (requiring a "pleading that states a claim for relief" to contain a "short and plain statement of the grounds for the court's jurisdiction"), plaintiffs assert in their response to the order to show cause and in their proposed amended complaint that they are proceeding on that basis. Docket No. 25 at 2. The Court will therefore discharge the Order to Show Cause [Docket No. 21]. The Court will also grant plaintiffs' motion to amend [Docket No. 24]. Accordingly, it is

 **ORDERED** that the Order to Show Cause [Docket No. 21] is hereby discharged. It is further

 **ORDERED** that Plaintiffs' Motion for Leave to File First Amended Class Action Complaint [Docket No. 24] is **GRANTED**. It is further

**ORDERED** that plaintiffs shall file a clean version of Docket No. 24-1 as the operative complaint in this case.

DATED December 14, 2021.