## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| **JENNIFER L. COOPER, EUGENE DIXON, FRANCIS J. CIZMAR, ANNA PENNALA, KATHLEEN DAAVETTILA, CINTHIA BRUNELL, KARYN CHOPJIAN, AND ABBIE HELMINEN, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** | ) ) ) ) ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **CAUSE NO. 1:21-cv-02672** |
| **v.** | ) ) ) | |
| **US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, and HAMILTON PLACE STRATEGIES, LLC,** | ) ) ) ) ) ) | |
| **Defendants.** | ) | |

## JOINT MOTION FOR EXTENSION OF DEADLINES

Plaintiffs Jennifer L. Cooper, Eugene Dixon, Francis J. Cizmar, Anna Pennala, Kathleen Daavettila, Cinthia Brunell, Karyn Chopjian, Abbie Helminen (collectively, "Plaintiffs") and Defendants US Dominion, Inc., Dominion Voting Systems, Inc., Dominion Voting Systems Corporation (collectively, "Dominion"), and Hamilton Place Strategies, LLC ("HPS") (collectively, "Defendants") file this Joint Motion for Extension of Deadlines to extend the current briefing schedule for Defendants' motions to dismiss Plaintiffs' claims in accordance with D.C. COLO. LCivR 6.1, 7.1, and FED. R. CIV. P. 6(b) and would show onto the Court the following:

## SUMMARY

In the interest of judicial economy and convenience, under D.C. COLO. LCivR 6.1, 7.1, and FED. R. CIV. P. 6(b), Plaintiffs and Defendants jointly move to extend the current briefing schedule for Defendants' motions to dismiss Plaintiffs' claims as follows:

| Pleading | Current Deadline | Requested Deadline |
|---|---|---|
| Dominion's motion to dismiss Plaintiffs' claims | January 11, 2022 | February 28, 2022 |
| HPS's motion to dismiss Plaintiffs' claims | February 28, 2022 (deadline falls on a Saturday) | February 28, 2022 |
| Plaintiffs' opposition to Dominion's motion to dismiss | February 1, 2022 | April 1, 2022 |
| Plaintiffs' opposition to HPS's motion to dismiss | March 21, 2022 | April 1, 2022 |
| Dominion's reply in support of its motion to dismiss Plaintiffs' claims | February 15, 2022 | April 18, 2022 |
| HPS's reply in support of its motion to dismiss Plaintiffs' claims | April 4, 2022 | April 18, 2022 |

## ARGUMENT

1.      In accordance with the Court's Order to Show Cause (Dkt. No. 21) and Minute Order (Dkt. No. 22), Plaintiffs filed their Motion for Leave to File First Amended Complaint (the "Motion") (Dkt. No. 24) on December 6, 2021.  As part of its First Amended Complaint, Plaintiffs added HPS as a defendant in this matter (Dkt. No. 24-1).  The Court granted Plaintiffs' Motion (Dkt. No. 24) on December 14, 2021 (Dkt. No. 30).

2.      In the interim, and in accordance with the Court's November 15, 2021 Minute Order (Dkt. No. 15) and the Parties Stipulated Motion for Extension of Deadlines (Dkt. No. 14), Dominion filed their Motion to Dismiss Plaintiffs' claims (Dkt. No. 29) on December 13, 2021.

On December 28, 2021, in accordance with the Court's Minute Order (Dkt. No. 30) and D.C. COLO. LCivR 15.1(b), Plaintiffs filed their First Amended Complaint (Dkt. No. 31), which mooted Dominion's motion to dismiss (Dkt. No. 29).  Therefore, Dominion's current deadline to file their motion to dismiss is January 11, 2022, under FED. R. CIV. P. 15(a)(3).  Plaintiffs' current opposition deadline is February 1, 2022, and Dominion's reply deadline is February 15, 2022.  *See* D.C. COLO. LCivR 7.1(d).  Plaintiffs and Dominion's briefing schedule, however, does not take into account the newly added defendant, HPS, who is also represented by counsel for Dominion.

3.      HPS waived service of process under Fed. R. Civ. P. 4(d) and therefore must answer or file a motion to dismiss Plaintiffs' claims no later than February 28, 2022 under FED. R. CIV. P. 12(a)(1)(A)(ii).  Plaintiffs' opposition to that motion to dismiss would be due on March 21, 2022.  HPS's reply in support of its motion to dismiss would be due on April 4, 2022. *See* D.C. COLO. LCivR 7.1(d).

4.      Counsel for Plaintiffs and Defendants have met and conferred regarding a uniform briefing schedule for Defendants' motions to dismiss in the interest of judicial economy and convenience.  The deadlines requested by the Parties generally follow the proscribed deadlines for HPS's motion with minimal additional time requested as follows:

- Defendants' motion(s) to dismiss Plaintiffs' claims due on February 28, 2022;

- Plaintiffs' opposition(s) to Defendant's motions to dismiss due on April 1, 2022; and

- Defendants' reply(ies) in support of their motions to dismiss due on April 18, 2022.

5.      Additionally, the parties seek the extension for good cause.  Counsel for Plaintiffs are currently briefing or responding to multiple dispositive motions, including motions to dismiss filed in *U.S. Dominion, Inc. et al. v. MyPillow, et al.* Cause No. 1:21-cv-00445.

6.      The briefing schedule presented in this Motion by Plaintiffs and Defendants does not affect any other dates currently set in this case.  *See* Dkt. Nos. 22 and 23.  This is Plaintiffs' and Dominion's second request for an extension of deadlines, but this is HPS's first request for an extension.

7.      Plaintiffs and Defendants respectfully submit that the foregoing constitutes good cause for an extension under Fed. R. Civ. P. 6(b)(1) ("[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time"), that they do not seek these enlargements to delay or frustrate this matter's progress, and that the respective enlargements would not unduly burden the opposite parties.

Therefore, Plaintiffs and Defendants respectfully request this Court extend the briefing schedule for Defendants' motions to dismiss Plaintiffs' claims as requested herein.

Dated: December 30, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Douglas A. Daniels* | */s/ David B. Meschke* |
| Robert A. McGuire, III | David B. Meschke |
| Colorado Reg. No. 37134 | dmeschke@bhfs.com |
| ram@lawram.com | Stanley Garnett |
| ROBERT MCGUIRE LAW FIRM | sgarnett@bhfs.com |
| 1624 Market St. Suite 226 No. 86685 | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
| Denver, Colorado 80202-2523 | 410 Seventeenth Street Suite 2200 Denver, |
| (720) 420-1395 (Telephone) | CO 80202-4432 |
| (253) 267-8530 (Facsimile) | Phone: 303.223.1100 |
| Douglas A. Daniels | Email: dmeschke@bhfs.com |
| Texas State Bar No. 00793579 | |
| doug.daniels@dtlawyers.com | ***Attorneys for US Dominion, Inc., Dominion*** |
| Heath A. Novosad | ***Voting Systems, Inc., Dominion Voting*** |

Texas State Bar No. 24037199
heath.novosad@dtlawyers.com
J. Christopher Diamond
Texas State Bar No. 00792459
chris.diamond@dtlawyers.com
DANIELS & TREDENNICK PLLC
6363 Woodway Drive, Suite 700
Houston, Texas 77057
(713) 917-0024 (Telephone)
(713) 917-0026 (Facsimile)

Kurt B. Olsen*
DC Bar No. 445279
ko@olsenlawpc.com
OLSEN LAW, P.C.
1250 Connecticut Avenue, NW, Suite 700
Washington, D.C. 20036
(202) 408-7025 (Telephone)
(202) 261-3508 (Facsimile)

*Admission Application Pending

***Counsel for Plaintiffs***

Alan Dershowitz
Massachusetts Bar No. 121200
1575 Massachusetts Avenue
Cambridge, Massachusetts 02138

***Of Counsel for Plaintiffs***

*Systems Corporation, and Hamilton Place Strategies, LLC*

## CERTIFICATE OF SERVICE

I hereby attest that the foregoing Stipulated Motion for Extension of Deadlines was filed via the Court's CM/ ECF System and was, thereby, served on all parties at the time of filing.

*/s/ Douglas A. Daniels*
Douglas A. Daniels