IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02672-PAB-STV

JENNIFER L. COOPER,
EUGENE DIXON,
FRANCIS J. CIZMAR,
ANNA PENNALA,
KATHLEEN DAAVETTILA,
CYNTHIA BRUNELL,
KARYN CHOPJIAN, and
ABBIE HELMINEN, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

US DOMINION, INC.,
DOMINION VOTING SYSTEMS, INC.,
DOMINION VOTING SYSTEMS CORPORATION, and
HAMILTON PLACE STRATEGIES, LLC,

    Defendants.

---

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on Defendants' Motion to Dismiss [Docket No. 29]. On December 28, 2021, plaintiffs filed its First Amended Class Action Complaint [Docket No. 31], which became the operative pleading in this action. In light of plaintiffs' amended complaint, the motion to dismiss is directed to an inoperative, superseded pleading. *See, e.g.*, *Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990) ("a pleading that has been amended under Rule 15(a) supersedes the pleading it modifies" (internal quotation marks omitted)). As such, the motion to dismiss is moot. It is

    **ORDERED** that Defendants' Motion to Dismiss [Docket No. 29]. is **DENIED without prejudice as moot**.

    DATED January 4, 2022.