## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| JENNIFER L. COOPER, EUGENE DIXON, FRANCIS J. CIZMAR, ANNA PENNALA, KATHLEEN DAAVETTILA, CINTHIA BRUNELL, KARYN CHOPJIAN, AND ABBIE HELMINEN, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CAUSE NO. 1:21-cv-02672-PAB-STV |
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC.,  DOMINION VOTING SYSTEMS CORPORATION, and HAMILTON PLACE STRATEGIES, LLC, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

---

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AN OVERLENGTH CONSOLIDATED RESPONSE TO MOTIONS TO DISMISS

---

Pursuant to Judge Brimmer's Practice Standards (Civil) § III.A., Plaintiffs Jennifer L. Cooper, Eugene Dixon, Fancis J. Cizmar, Anna Pennala, Kathleen Daavettila, Cynthia Brunell, Karyn Chopjian, and Abbie Heminen (collectively, "Plaintiffs"), respectfully request leave to file a 65-page consolidated response to Defendants' separate motions to dismiss (Dkt. 40, 41) directed at the First Amended Class Action Complaint (Dkt. 31.) In support, Plaintiffs state the following:

1.      Pursuant to D.C.COLO.LCivR 7.1(a), Plaintiffs' counsel conferred with counsel for Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting

Systems Corporation's (collectively, "Dominion") and Hamilton Place Strategies, LLC's ("HPS"). No Defendant opposes the relief requested herein.

2.      Dominion previously sought and was granted leave to file a 30-page motion to dismiss. Plaintiffs' counsel did not oppose Dominion's request for extra pages in anticipation that Plaintiffs would be afforded the same number of pages for their Response. *See* Dkt. 27, at 1, ¶ 1.

3.      HPS filed a separate 15-page motion to dismiss. Dkt. 41.

4.      Both Defendants are entitled to file separate 10-page replies. PAB Practice Standards (Civil) § III.A.

5.      Plaintiffs intend to file a consolidated response to both motions, and they require more than the ordinary 15 pages in order to have reasonable opportunity to adequately address Defendants' challenges to the pleading sufficiency of the First Amended Complaint, given the complex issues that Defendants raise in their two separate motions. The two motions to dismiss include (1) challenges to each pled element of the federal RICO claim, as well as to the elements of each underlying predicate act of mail fraud, witness intimidation, and extortion; (2) challenges to the claims brought under 42 U.S.C. § 1983 and under the First and Fourteenth Amendments for violations of free speech, substantive and procedural due process, and equal protection; and (3) challenges to Plaintiffs' civil conspiracy claims. In addition, Plaintiffs must also address challenges to subject matter jurisdiction. These issues cannot be adequately briefed within the space afforded by the Court's ordinary page limits.

6.      Plaintiffs therefore request leave to file a consolidated brief with a total maximum length of 65 pages as their single, consolidated response to both motions to dismiss. The

requested number of pages is equal to the total number of pages available to Defendants for their moving papers and replies.

7.      Good cause exists for the requested relief, and this request is made in good faith, based on a genuine need for additional pages.  The requested relief will neither unduly delay the proceedings nor prejudice any party to this action.

WHEREFORE, Plaintiffs respectfully request leave to file a 65-page consolidated response to Defendants' separate motions to dismiss (Dkt. 40, 41) directed at the First Amended Class Action Complaint (Dkt. 31.)

Dated: March 18, 2022                    Respectfully submitted,

*/s/ Douglas A. Daniels*
Douglas A. Daniels
Texas State Bar No. 00793579
doug.daniels@dtlawyers.com
Heath A. Novosad
Texas State Bar No. 24037199
heath.novosad@dtlawyers.com
J. Christopher Diamond
Texas State Bar No. 00792459
chris.diamond@dtlawyers.com
DANIELS & TREDENNICK PLLC
6363 Woodway Drive, Suite 700
Houston, Texas 77057
(713) 917-0024 (Telephone)
(713) 917-0026 (Facsimile)

Robert A. McGuire, III
Colorado Reg. No. 37134
ram@lawram.com
ROBERT MCGUIRE LAW FIRM
1624 Market St. Suite 226 No. 86685
Denver, Colorado 80202-2523
(720) 420-1395 (Telephone)
(253) 267-8530 (Facsimile)

Kurt B. Olsen*
DC Bar No. 445279
ko@olsenlawpc.com
OLSEN LAW, P.C.
1250 Connecticut Avenue, NW, Suite 700
Washington, D.C. 20036
(202) 408-7025 (Telephone)
(202) 261-3508 (Facsimile)
*Admission Application Pending

***Counsel for Plaintiffs***

Alan Dershowitz
Massachusetts Bar No. 121200
1575 Massachusetts Avenue
Cambridge, Massachusetts 02138

***Of Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby attest that the foregoing was filed via the Court's CM/ ECF System and was, thereby, served on all parties at the time of filing.

/s/ Douglas A. Daniels
Douglas A. Daniels