**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. Case 1:21-cv-02672-STV

JENNIFER L. COOPER, EUGENE DIXON, FRANCIS J. CIZMAR, ANNA PENNALA,
KATHLEEN DAAVETTILA, CYNTHIA BRUNELL, KARYN CHOPJIAN, AND ABBIE
HELMINEN, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

        Plaintiffs,

v.

US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING
SYSTEMS CORPORATION, and HAMILTON PLACE STRATEGIES, LLC,

        Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION TO FILE COMBINED**
**REPLY IN SUPPORT OF MOTIONS TO DISMISS**

---

Defendants US Dominion, Inc., Dominion Voting Systems, Inc., Dominion Voting

Systems Corporation (collectively, the "Dominion Defendants"), and Defendant Hamilton Place

Strategies, LLC ("HPS") (together with the Dominion Defendants, "Defendants"), by and

through their undersigned counsel Brownstein Hyatt Farber Schreck, LLP, respectfully request

leave to file a combined reply in support of their Motions to Dismiss, and in support states as

follows:

        1.      Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel has conferred with

counsel for Plaintiffs.  Plaintiffs do not oppose the relief requested herein.

        2.      The Dominion Defendants filed their combined Motion to Dismiss Plaintiffs'

First Amended Class Action Complaint on February 25, 2022 (Dkt. 40).  Before filing, the

Dominion Defendants had requested and were granted thirty (30) pages for their Motion (Dkt. 27).

3.      HPS filed its Motion to Dismiss Plaintiffs' First Amended Class Action Complaint on February 28, 2022 (Dkt. 41).

4.      Plaintiffs filed a combined Response to both Motions to Dismiss on April 1, 2022 (Dkt. 44).  Plaintiffs' Response was 45 pages in length, as they had previously requested and were granted by this Court extra pages for their Response.

5.      Because of the overlapping issues in Defendants' Motions to Dismiss and the fact that Plaintiffs' filed one Response to both Motions to Dismiss, Defendants would likewise wish to file a combined reply in support their Motions to Dismiss.

6.      Under this Court's practice standards, all replies shall not exceed ten (10) pages.

7.      Although each Defendant is entitled to its own reply of ten (10) pages under these practice standards, Defendants request that they simply have twenty (20) pages for their combined reply.

8.      This request is made in good faith and is based on a genuine need, and it will neither unduly delay the proceedings nor prejudice any party to this action.

WHEREFORE, Defendants respectfully request that the Court grant Defendants leave to file a combined reply in support of their Motions to Dismiss the First Amended Class Action Complaint that shall not exceed twenty (20) pages.

Dated:  April 12, 2022

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: s/ *Stanley L. Garnett*
    Stanley L. Garnett, Bar No. 12282
    David B. Meschke, Bar No. 47728
    Bridget C. DuPey, Bar No. 53958

Attorneys for Defendants

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 12th day of April, 2022, I electronically filed a true and correct copy of **DEFENDANTS' UNOPPOSED MOTION TO FILE COMBINED REPLY IN SUPPORT OF MOTIONS TO DISMISS** with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s Stanley L. Garnett* _____
Stanley L. Garnett