IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02672-PAB-STV

JENNIFER L. COOPER,
EUGENE DIXON,
FRANCIS J. CIZMAR,
ANNA PENNALA,
KATHLEEN DAAVETTILA,
CYNTHIA BRUNELL,
KARYN CHOPJIAN, and
ABBIE HELMINEN, individually, and on behalf of all others similarly situated,

    Plaintiffs,

v.

US DOMINION, INC.,
DOMINION VOTING SYSTEMS, INC.,
DOMINION VOTING SYSTEMS CORPORATION, and
HAMILTON PLACE STRATEGIES, LLC,

    Defendants.

## NOTICE OF APPEAL

All Plaintiffs, individually and as putative class representatives, APPEAL to the United States Court of Appeals for the Tenth Circuit from the final judgment entered in this action on September 22, 2022.

    DATED: October 21, 2022

                                          ROBERT MCGUIRE LAW FIRM

                                          By:    */s/ Robert A. McGuire, III*
                                                      Robert A. McGuire, III,
                                                      Colorado Reg. No. 37134
                                                      1624 Market St. Suite 226 No. 86685

Denver, Colorado 80202-2523
Email: ram@lawram.com
(720) 420-1395 (Telephone)
(253) 267-8530 (Facsimile)

Douglas A. Daniels
Texas State Bar No. 00793579
doug.daniels@dtlawyers.com
Heath A. Novosad
Texas State Bar No. 24037199
heath.novosad@dtlawyers.com
J. Christopher Diamond
Texas State Bar No. 00792459
chris.diamond@dtlawyers.com
DANIELS & TREDENNICK PLLC
6363 Woodway Drive, Suite 700
Houston, Texas 77057
(713) 917-0024 (Telephone)
(713) 917-0026 (Facsimile)

Kurt B. Olsen*
DC Bar No. 445279
ko@olsenlawpc.com
OLSEN LAW, P.C.
1250 Connecticut Avenue, NW, Suite 700
Washington, D.C. 20036
(202) 408-7025 (Telephone)
(202) 261-3508 (Facsimile)
*Admission Application Pending

*Counsel for Plaintiffs*


Alan Dershowitz
Massachusetts Bar No. 121200
1575 Massachusetts Avenue
Cambridge, Massachusetts 02138

*Of Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

    The undersigned certifies that on this 21st day of October, 2022, I electronically filed a true and correct copy of the foregoing NOTICE OF APPEAL with the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                  */s/ Robert A. McGuire, III*
                                  Robert A. McGuire, III