IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 21-cv-02672-PAB-STV

JENNIFER L. COOPER,
EUGENE DIXON,
FRANCIS J. CIZMAR,
ANNA PENNALA,
KATHLEEN DAAVETTILA,
CYNTHIA BRUNELL,
KARYN CHOPJIAN, and
ABBIE HELMINEN, individually, and on behalf of all others similarly situated,

    Plaintiffs,

v.

US DOMINION, INC.,
DOMINION VOTING SYSTEMS, INC.,
DOMINION VOTING SYSTEMS CORPORATION, and
HAMILTON PLACE STRATEGIES, LLC,

    Defendants.

## ORDER

    This matter comes before the Court on the mandate of the Tenth Circuit [Docket No. 57].

    In February 2022, defendants moved to dismiss the complaint on Fed. R. Civ. P. 12(b)(1) and Rule 12(b)(6) grounds. Docket Nos. 40, 41. On September 22, 2022, the Court granted the motions to dismiss. Docket No. 49. The Court dismissed plaintiffs' first, third, and fourth claims without prejudice for lack of standing. *Id.* at 7-20, 24. The Court dismissed plaintiffs' second claim with prejudice because it found that, although plaintiffs had standing, plaintiffs failed to allege that defendants US Dominion, Inc.,

Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation were state actors when engaging in allegedly unconstitutional conduct. *Id.* at 21-24.

On October 21, 2022, plaintiffs appealed the Court's ruling to the Tenth Circuit Court of Appeals. Docket No. 51. On December 14, 2023, the Tenth Circuit issued an order on the appeal. Docket No. 56. While the Tenth Circuit affirmed the Court's dismissal of plaintiffs' claims, *id.* at 2, 19, it held that plaintiffs' second claim should have been dismissed for lack of standing rather than because plaintiffs failed to allege state action. *Id*. Accordingly, the Tenth Circuit vacated that portion of the Court's order dismissing plaintiffs' second claim with prejudice and instructed the Court to dismiss it without prejudice instead. *Id.* at 19. On January 24, 2024, the Tenth Circuit issued its mandate. Docket No. 57.

### III. CONCLUSION

Wherefore, it is

**ORDERED** that the Court will amend its judgment entered on September 22, 2022 [Docket No. 50] to dismiss plaintiffs' second claim without prejudice.

DATED January 31, 2024.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge