IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02672-PAB-STV

JENNIFER L. COOPER,
EUGENE DIXON,
FRANCIS J. CIZMAR,
ANNA PENNALA,
KATHLEEN DAAVETTILA,
CYNTHIA BRUNELL,
KARYN CHOPJIAN, and
ABBIE HELMINEN, individually, and on behalf of all others similarly situated,

    Plaintiffs,

v.

US DOMINION, INC.,
DOMINION VOTING SYSTEMS, INC.,
DOMINION VOTING SYSTEMS CORPORATION, and
HAMILTON PLACE STRATEGIES, LLC,

    Defendants.

---

## AMENDED FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order [Docket No. 59] of Chief United States District Judge Philip A. Brimmer, entered on January 31, 2024, and the Order and Judgment [Docket No. 56] of the Tenth Circuit, entered on December 14, 2023, it is

    ORDERED that Dominion's Motion to Dismiss the First Amended Class Action Complaint [Docket No. 40] is GRANTED.  It is further

    ORDERED that Hamilton Place Strategies, LLC's Motion to Dismiss the First Amended Class Action Complaint [Docket No. 41] is GRANTED.  It is further

ORDERED that plaintiffs' first, second, third, and fourth claims are DISMISSED without prejudice. It is further

ORDERED that judgment shall enter in favor of defendants and against plaintiffs. It is further

ORDERED that defendants are awarded their costs, to be taxed by the Clerk of the Court, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is further

ORDERED that this case is closed.

Dated: January 31, 2024.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
     Deputy Clerk